# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARK W. RICKARD, P.A.** d/b/a **LAW GUARD, JUDY L. FORSTER, PATRICK LACY** and **BRUCE HIRSHFELD,**
Appellants,

v.

**SOOKRANI NARAIN, ALEXIS FIELDS, ESQ.,** and **KOPELOWITZ OSTROW FERGUSON WEISELBERG GILBERT,**
Appellees.

No. 4D20-2178

[July 8, 2021]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Sandra Perlman, Judge; L.T. Case No. CACE20000846.

Mark W. Rickard of Law Guard, Plantation, for appellants.

Alexis Fields of Kopelowitz Ostrow Ferguson Weiselberg Gilbert, Ft. Lauderdale, for appellees.

PER CURIAM.

*Affirmed.*

FORST, KLINGENSMITH and ARTAU, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***